UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                    CASE NO.: 11-00531-KSJ

FRANCIS JOSEPH ROSATO

    Debtor.
_____/


### Chapter 13 Plan

COMES NOW, the Debtor(s) and files this Chapter 13 Plan. The projected disposable income of the Debtor(s) is submitted to the supervision and control of the Chapter 13 Standing Trustee, and the Debtor(s) shall pay the following sums to the Chapter 13 Standing Trustee:

PLAN PAYMENTS

| Payment Number by months | Amount of Monthly Plan payment |
|---|---|
| 1- 60 | $331.00 |

The Debtor(s)(s) shall pay by **money order**, **cashier's check** or **wage deduction**, to Laurie K. Weatherford, Chapter 13 Standing Trustee, P.O. Box 1103, Memphis, Tennessee 38101-1103. The Debtor(s) name and case number must be indicated clearly thereon and received by the due dates for payments established by court order.

PAYMENT OF CLAIMS THROUGH THE PLAN

**Attorney Fees** ($3950 total, $3950 in plan)

| Attorney Name | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Clark and Washington, P.C. | $3,950.00 | $99.26 | 1-39 |
| | | $78.86 | 40 |

**Priority Claims**
The fees and expenses of the Trustee shall be paid over the life of the Plan at the rate allowed as governed by the guidelines of the United States Trustee and

| Name of Creditor | Claim Number | Claim Amount | Payment Amount | Month Numbers |
|---|---|---|---|---|
| IRS | | $2000 | $14.80 | 40 |
| | | | $99.26 | 41-60 |

**Secured Claims**

| Secured Creditor | Claim Number | Claim Amount | Interest Rate | Payment Amount | Month Numbers |
|---|---|---|---|---|---|
| Santander | | To be Valued | | | |

**Secured Arrearage**

| Name of Creditor | Claim Number | Claim Amount | Payment Amount | Month Numbers |
|---|---|---|---|---|
| | | | | |

**Secured Gap Payments**

| Name of Creditor | Claim Number | Payment Amount | Payment Amount | Month Numbers |
|---|---|---|---|---|
| | | | | |

**Property / Interest to Be Surrendered:**

| Creditor Name | Collateral |
|---|---|
| | |

**Liens To Be Avoided/Stripped:**

| Name of Creditor/Security | Estimated Amount |
|---|---|
| | |

**Valuation of Security:**

| Name of Creditor | Claim Number | Claim Amount | Payment Amount | Month Numbers |
|---|---|---|---|---|
| Santander | | $10,462.50 | $198.64 | 1-60 |
| | | Includes 5.25% interest | | |

**(motion to value must be filed consistent with plan treatment)**

**Executory Contracts:**

**The following Executory Contracts are assumed**
**Name of Creditor:**       **Description of Collateral:**       **Month Numbers**:

**The following Executory Contracts are rejected**:
**Name of Creditor:**       **Description of Collateral:**

**Unsecured Creditors:** whose claims are allowed shall receive a pro rata share of the balance of the funds remaining after payments to Priority and Secured Creditors are made. Approximate percentage**: 0%**

Property of the Estate revests in the Debtor(s) upon confirmation of the plan, OR upon completion of all plan payments and the discharge of Debtor(s).

/s/Kenneth A. Paquette
Kenneth A. Paquette
FL Bar #0056700
Clark & Washington, P.C.
3975 S. Orange Blossom Trail, Suite 105
Orlando, FL 32839
(407) 219-5688

|  |  |  | In re: Rosato |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  | **Clark & Washington** |  | **Santander** |  | **IRS** |  |
| **1st pmt date** |  |  |  | 10.0% | Attorney's Fee |  | $10,462.50 |  | $2,000 |  |
|  | **Unsecured** |  | Debtor Pmt | Tee Fee | $3,950.00 |  | incl 5.25% |  |  |  |
| plan term | **60** | 60 |  |  |  |  |  |  |  |  |
|  | 1 | $0.00 |  | $331.00 | $33.10 | $99.26 |  | $198.64 |  |  |
|  | 2 | $0.00 |  | $331.00 | $33.10 | $99.26 |  | $198.64 |  |  |
|  | 3 | $0.00 |  | $331.00 | $33.10 | $99.26 |  | $198.64 |  |  |
|  | 4 | $0.00 |  | $331.00 | $33.10 | $99.26 |  | $198.64 |  |  |
|  | 5 | $0.00 |  | $331.00 | $33.10 | $99.26 |  | $198.64 |  |  |
|  | 6 | $0.00 |  | $331.00 | $33.10 | $99.26 |  | $198.64 |  |  |
|  | 7 | $0.00 |  | $331.00 | $33.10 | $99.26 |  | $198.64 |  |  |
|  | 8 | $0.00 |  | $331.00 | $33.10 | $99.26 |  | $198.64 |  |  |
|  | 9 | $0.00 |  | $331.00 | $33.10 | $99.26 |  | $198.64 |  |  |
|  | 10 | $0.00 |  | $331.00 | $33.10 | $99.26 |  | $198.64 |  |  |
|  | 11 | $0.00 |  | $331.00 | $33.10 | $99.26 |  | $198.64 |  |  |
|  | 12 | $0.00 |  | $331.00 | $33.10 | $99.26 |  | $198.64 |  |  |
|  | 13 | $0.00 |  | $331.00 | $33.10 | $99.26 |  | $198.64 |  |  |
|  | 14 | $0.00 |  | $331.00 | $33.10 | $99.26 |  | $198.64 |  |  |
|  | 15 | $0.00 |  | $331.00 | $33.10 | $99.26 |  | $198.64 |  |  |
|  | 16 | $0.00 |  | $331.00 | $33.10 | $99.26 |  | $198.64 |  |  |
|  | 17 | $0.00 |  | $331.00 | $33.10 | $99.26 |  | $198.64 |  |  |
|  | 18 | $0.00 |  | $331.00 | $33.10 | $99.26 |  | $198.64 |  |  |
|  | 19 | $0.00 |  | $331.00 | $33.10 | $99.26 |  | $198.64 |  |  |
|  | 20 | $0.00 |  | $331.00 | $33.10 | $99.26 |  | $198.64 |  |  |
|  | 21 | $0.00 |  | $331.00 | $33.10 | $99.26 |  | $198.64 |  |  |
|  | 22 | $0.00 |  | $331.00 | $33.10 | $99.26 |  | $198.64 |  |  |
|  | 23 | $0.00 |  | $331.00 | $33.10 | $99.26 |  | $198.64 |  |  |
|  | 24 | $0.00 |  | $331.00 | $33.10 | $99.26 |  | $198.64 |  |  |
|  | 25 | $0.00 |  | $331.00 | $33.10 | $99.26 |  | $198.64 |  |  |
|  | 26 | $0.00 |  | $331.00 | $33.10 | $99.26 |  | $198.64 |  |  |
|  | 27 | $0.00 |  | $331.00 | $33.10 | $99.26 |  | $198.64 |  |  |
|  | 28 | $0.00 |  | $331.00 | $33.10 | $99.26 |  | $198.64 |  |  |
|  | 29 | $0.00 |  | $331.00 | $33.10 | $99.26 |  | $198.64 |  |  |
|  | 30 | $0.00 |  | $331.00 | $33.10 | $99.26 |  | $198.64 |  |  |
|  | 31 | $0.00 |  | $331.00 | $33.10 | $99.26 |  | $198.64 |  |  |
|  | 32 | $0.00 |  | $331.00 | $33.10 | $99.26 |  | $198.64 |  |  |
|  | 33 | $0.00 |  | $331.00 | $33.10 | $99.26 |  | $198.64 |  |  |
|  | 34 | $0.00 |  | $331.00 | $33.10 | $99.26 |  | $198.64 |  |  |
|  | 35 | $0.00 |  | $331.00 | $33.10 | $99.26 |  | $198.64 |  |  |
|  | 36 | $0.00 |  | $331.00 | $33.10 | $99.26 |  | $198.64 |  |  |
|  | 37 | $0.00 |  | $331.00 | $33.10 | $99.26 |  | $198.64 |  |  |
|  | 38 | $0.00 |  | $331.00 | $33.10 | $99.26 |  | $198.64 |  |  |
|  | 39 | $0.00 |  | $331.00 | $33.10 | **39 at** | **$99.26** | $198.64 | **39 at** |  |
|  | 40 | $5.60 |  | $331.00 | $33.10 | **1 at** | **$78.86** | $198.64 | **1 at** | $14.80 |
|  | 41 | $0.00 |  | $331.00 | $33.10 |  |  | $198.64 |  | $99.26 |
|  | 42 | $0.00 |  | $331.00 | $33.10 |  |  | $198.64 |  | $99.26 |
|  | 43 | $0.00 |  | $331.00 | $33.10 |  |  | $198.64 |  | $99.26 |
|  | 44 | $0.00 |  | $331.00 | $33.10 |  |  | $198.64 |  | $99.26 |
|  | 45 | $0.00 |  | $331.00 | $33.10 |  |  | $198.64 |  | $99.26 |
|  | 46 | $0.00 |  | $331.00 | $33.10 |  |  | $198.64 |  | $99.26 |
|  | 47 | $0.00 |  | $331.00 | $33.10 |  |  | $198.64 |  | $99.26 |
|  | 48 | $0.00 |  | $331.00 | $33.10 |  |  | $198.64 |  | $99.26 |
|  | 49 | $0.00 |  | $331.00 | $33.10 |  |  | $198.64 |  | $99.26 |
|  | 50 | $0.00 |  | $331.00 | $33.10 |  |  | $198.64 |  | $99.26 |
|  | 51 | $0.00 |  | $331.00 | $33.10 |  |  | $198.64 |  | $99.26 |
|  | 52 | $0.00 |  | $331.00 | $33.10 |  |  | $198.64 |  | $99.26 |
|  | 53 | $0.00 |  | $331.00 | $33.10 |  |  | $198.64 |  | $99.26 |
|  | 54 | $0.00 |  | $331.00 | $33.10 |  |  | $198.64 |  | $99.26 |
|  | 55 | $0.00 |  | $331.00 | $33.10 |  |  | $198.64 |  | $99.26 |
|  | 56 | $0.00 |  | $331.00 | $33.10 |  |  | $198.64 |  | $99.26 |
|  | 57 | $0.00 |  | $331.00 | $33.10 |  |  | $198.64 |  | $99.26 |
|  | 58 | $0.00 |  | $331.00 | $33.10 |  |  | $198.64 |  | $99.26 |
|  | 59 | $0.00 |  | $331.00 | $33.10 |  |  | $198.64 |  | $99.26 |
|  | 60 | $0.00 | **60 at** | **$331.00** | $33.10 |  |  | **60 at** | **$198.64** | **20 at** | **$99.26** |
| receiving |  | $5.60 |  | $19,860.00 | $1,986.00 | $3,950.00 |  | $11,918.40 |  | $2,000.00 |
| total unsec. | $31,000.00 |  |  |  |  |  |  |  |  |  |
|  |  | 0% |  |  |  |  |  |  |  |  |

| | | |
|---|---|---|
| **1st pmt date** | | |
| plan term | **60** | |
| | 1 | |
| | 2 | |
| | 3 | |
| | 4 | |
| | 5 | |
| | 6 | |
| | 7 | |
| | 8 | |
| | 9 | |
| | 10 | |
| | 11 | |
| | 12 | |
| | 13 | |
| | 14 | |
| | 15 | |
| | 16 | |
| | 17 | |
| | 18 | |
| | 19 | |
| | 20 | |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |
| | 26 | |
| | 27 | |
| | 28 | |
| | 29 | |
| | 30 | |
| | 31 | |
| | 32 | |
| | 33 | |
| | 34 | |
| | 35 | |
| | 36 | |
| | 37 | |
| | 38 | |
| | 39 | |
| | 40 | |
| | 41 | |
| | 42 | |
| | 43 | |
| | 44 | |
| | 45 | |
| | 46 | |
| | 47 | |
| | 48 | |
| | 49 | |
| | 50 | |
| | 51 | |
| | 52 | |
| | 53 | |
| | 54 | |
| | 55 | |
| | 56 | |
| | 57 | |
| | 58 | |
| | 59 | |
| | 60 | |
| receiving | | |
| total unsec. | | |

# IN THE UNITED STATES BANKRUPTCY COURT
## Middle District of Florida

| | | |
|---|---|---|
| IN RE: | * | CASE NO.: **6:11-bk-00531-KSJ** |
| | * | |
| **Francis Joseph Rosato,** | * | |
| | * | CHAPTER: 13 |
| | * | |
| | * | |
| Debtor | * | |

## CERTIFICATE OF SERVICE

I certify that I have this date served the following parties with a copy of the within and foregoing "Chapter 13 Plan" by electronic mail via CM/ECF pursuant to Local Rule 7005-3 and/or by placing a true copy of same in the United States Mail with adequate postage affixed to insure delivery, as addressed below and/or on the attached matrix:

Laurie K. Weatherford  
P.O. Box 3450  
Winter Park, FL 32790

Francis Rosato  
P.O. Box 952558  
Lake Mary, FL 32795

United States Trustee  
135 West Central Blvd.  
Suite 620  
Orlando, FL 32801

Dated: 1/19/2011

/s/ Kenneth A. Paquette, 0056700  
Kenneth A. Paquette, 0056700  
Clark & Washington, P.C.  
3975 South Orange Blossom Trail  
Suite 105  
Orlando, FL 32839  
Phone: 404-219-5688  
Fax: 404-219-5689  
cworlando@cw13.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:11-bk-00531-KSJ<br>Middle District of Florida<br>Orlando<br>Wed Jan 19 15:26:18 EST 2011 | 1st Ntl Bk Of Chester<br>9 N High St<br>West Chester, PA 19380-3002 | Afni, Inc. (Original Creditor:Veriz<br>Po Box 3427<br>Bloomington, IL 61702-3427 |
| Byron and Davis  CCC<br>246 Philadelphia Pike<br>Wilmington, DE 19809-3125 | Caine & Weiner (Original Creditor:P<br>Po Box 5010<br>Woodland Hills, CA 91365-5010 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 |
| Franklin Credit Mngmnt<br>101 Hudson St<br>Jersey City, NJ 07302-3984 | Hsbc Bank<br>Po Box 5253<br>Carol Stream, IL 60197-5253 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 |
| Kohls/Chase<br>N56 W 17000 Ridgewood Dr<br>Menomonee Falls, WI 53051-7096 | Nco Fin /99 (Original Creditor:06 N<br>Pob 15636<br>Wilmington, DE 19850-5636 | Kenneth A. Paquette<br>Clark & Washington, PC<br>3975 South Orange Blossom Trail<br>Suite 105<br>Orlando, FL 32839-7905 |
| Francis Joseph Rosato<br>P.O. Box 952558<br>Lake Mary, FL 32795-2558 | Santander Consumer Usa<br>8585 N Stemmons Fwy Ste<br>Dallas, TX 75247-3836 | Select Portfolio Svcin<br>Po Box 65250<br>Salt Lake City, UT 84165-0250 |
| Seminole County Tax Collector<br>Attn:  Ray Valdes<br>Post Office Box 630<br>Sanford FL 32772-0630 | United Resource System (Original Cr<br>10075 W Colfax Ave<br>Lakewood, CO 80215-3907 | United Resource Systems<br>10075 W Colfax Ave<br>Denver, CO 80215-3907 |
| Laurie K Weatherford<br>Post Office Box 3450<br>Winter Park, FL 32790-3450 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Karen S. Jennemann<br>Orlando | (u)Santander | End of Label Matrix<br>Mailable recipients    18<br>Bypassed recipients     2<br>Total                   20 |